TDCJ Offender Details                83,225-01          Page 1 of 2

★ **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home     New Offender Search

# Offender Information Details

| Return to Search list |
|---|

| | |
|---|---|
| **SID Number:** | 50026753 |
| **TDCJ Number:** | 01943212 |
| **Name:** | HARRIS,JEFFERSON |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1989-07-29 |
| **Maximum Sentence Date:** | 2018-01-06 |
| **Current Facility:** | ALFRED HUGHES |
| **Projected Release Date:** | 2017-04-20 |
| **Parole Eligibility Date:** | 2014-07-22 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***  ●

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |
|---|

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2012-07-26 | ASLT-FAM VIOL | 2014-07-14 | ANGELINA | 2012-0524 | 4-00-00 |
| | | | | | |